**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CHANDRA LYONS
ADC #704518**                                                                                                                    **PLAINTIFF**

**v.**                      **Case No. 1:16-cv-0006-KGB-BD**

**MOORE,** *et al*.                                                                                                                          **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition submitted by Magistrate Judge Beth Deere (Dkt. No. 6). No objections have been filed, and the time to file objections has passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Plaintiff Chandra Lyons's claims are dismissed without prejudice based on her failure to comply with the Court's January 19, 2016, Order. In that Order, Judge Deere allowed Ms. Lyons 30 days to pay the filing fee and specifically warned that, if Ms. Lyons did not pay the fee within the time allowed, her case would be dismissed. None of her pending filings change the status of this matter or Judge Deere's initial assessment of this case. The Court denies as moot all other pending motions in this case.

So ordered this 20th day of September, 2016.

*Kristine G. Baker*
_____
Kristine G. Baker
United States District Judge